UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMARA CIARAMITARO,

      Plaintiff,                              Case No. 09-13492
                                                  HON. GEORGE CARAM STEEH

vs.

UNUM LIFE INSURANCE, *et al.*,

      Defendants.
_____/

## ORDER ENJOINING PLAINTIFF FROM PHONING OR PHYSICALLY APPEARING AT COUNSEL FOR DEFENDANT UNUM LIFE INSURANCE'S LAW FIRM

On June 18, 2010, this court entered an order to show cause why plaintiff and any other persons acting on her behalf should not be permanently enjoined and prohibited from contacting counsel for defendant, or anyone employed with his law firm, either by telephone or by physically appearing at his law firm, except by written correspondence. The parties appeared for a hearing on this matter on June 22, 2010.

Accordingly,

IT IS ORDERED that plaintiff, or any individual acting on her behalf, shall not contact K. Scott Hamilton, or any persons employed with the law firm Dickinson Wright P.L.L.C., by telephone or by physically appearing at the law firm's office.

IT IS ORDERED that all communication between the parties shall only occur by written correspondence.

SO ORDERED.

-1-

Dated: June 22, 2010

S/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 22, 2010, by electronic and/or ordinary mail.

S/Marcia Beauchemin  
Deputy Clerk

---