UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMARA CIARAMITARO,

        Plaintiff,                         Case No. 09-13492
                                          HON. GEORGE CARAM STEEH

vs.

UNUM LIFE INSURANCE, *et al.*,

        Defendants.

_____/

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO
COMPEL DEFENDANT TO RECALCULATE LONG-TERM DISABILITY BENEFIT
OFFSETS AND RETROACTIVE PAYOUT, REQUEST FOR INTEREST, ATTORNEY'S
FEES AND CIVIL PENALTIES

Before the court is plaintiff's motion to compel defendant to recalculate long-term disability benefit offsets and retroactive payout, request for interest, attorney's fees and civil penalties, filed on June 20, 2011.  The parties appeared for a hearing on July 25, 2011, and as stated on the record:

Plaintiff's motion to compel defendant to recalculate long-term disability benefit offsets and retroactive payout, request for interest, attorney's fees and civil penalties is GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART.

Defendant Unum Life Insurance Company of America ("Unum") shall file, on or before August 26, 2011, that portion of the administrative record not previously filed, together with an explanation of plaintiff's long-term disability benefits award, and a recalculation of plaintiff's long-term disability award, if necessary.

-1-

Plaintiff shall file a response to Unum's explanation of benefits and recalculation of

the long-term disability award <u>on or before September 26, 2011.</u>

Unum may file a reply to plaintiff's response <u>on or before October 7, 2011.</u>

The court will determine if a hearing is needed upon review of the parties

submissions.

SO ORDERED.

Dated: July 26, 2010

                                   <u>S/George Caram Steeh</u>
                                   GEORGE CARAM STEEH
                                   UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 26, 2011, by electronic and/or ordinary mail.

<u>S/Marcia Beauchemin</u>
Deputy Clerk

---